Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-423-133

**Effective Date of Registration:**
October 30, 2024
**Registration Decision Date:**
November 25, 2024

## Title

- **Title of Work:** Fairy Sisters

## Completion/Publication

- **Year of Completion:** 2009
- **Date of 1st Publication:** April 09, 2009
- **Nation of 1st Publication:** United States

## Author

- **Author:** Julie Ann Fain, dba Julie fain art
- **Author Created:** 2-D artwork
- **Citizen of:** United States

## Copyright Claimant

- **Copyright Claimant:** Julie Ann Fain, dba Julie fain art
  12705 S 144th ST W, Oktaha, OK, 74450, United States

## Rights and Permissions

- **Organization Name:** Tate & Co. Licensing
- **Name:** Joseph Tate
- **Email:** info@tatelicensing.com
- **Telephone:** (732)395-7696
- **Address:** 16 Christopher Dr
  Howell, NJ 07731 United States

## Certification

- **Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-423-212

**Effective Date of Registration:**
October 30, 2024
**Registration Decision Date:**
November 25, 2024



## Title

| | |
|---|---|
| **Title of Work:** | Existence |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2008 |
| **Date of 1st Publication:** | January 09, 2008 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Julie Ann Fain, dba Julie fain art |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Julie Ann Fain, dba Julie fain art |
| | 12705 S 144th ST W, Oktaha, OK, 74450, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Tate & Co. Licensing |
| **Name:** | Joseph Tate |
| **Email:** | info@tatelicensing.com |
| **Telephone:** | (732)395-7696 |
| **Address:** | 16 Christopher Dr |
| | Howell, NJ 07731 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director



**Registration Number**
**VA 2-423-055**
Effective Date of Registration:
October 30, 2024
Registration Decision Date:
November 25, 2024

---

## Title

**Title of Work:** Little Blessing

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** May 23, 2009
**Nation of 1st Publication:** United States

## Author

- **Author:** Julie Ann Fain, dba Julie fain art
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Julie Ann Fain, dba Julie fain art
12705 S 144th ST W, Oktaha, OK, 74450, United States

## Rights and Permissions

**Organization Name:** Tate & Co. Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696
**Address:** 16 Christopher Dr
Howell, NJ 07731 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-423-125**

**Effective Date of Registration:**
October 30, 2024

**Registration Decision Date:**
November 25, 2024

---

## Title

  **Title of Work:** Butterfly Keeper

## Completion/Publication

  **Year of Completion:** 2012
  **Date of 1st Publication:** March 22, 2012
  **Nation of 1st Publication:** United States

## Author

- **Author:** Julie Ann Fain, dba Julie fain art
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

  **Copyright Claimant:** Julie Ann Fain, dba Julie fain art
  12705 S 144th ST W, Oktaha, OK, 74450, United States

## Rights and Permissions

  **Organization Name:** Tate & Co. Licensing
  **Name:** Joseph Tate
  **Email:** info@tatelicensing.com
  **Telephone:** (732)395-7696
  **Address:** 16 Christopher Dr
  Howell, NJ 07731 United States

## Certification

  **Name:** David Denholm

